Mr. Justice Doris did not participate. *Joseph A. Capineri,* for plaintiff, *Gunning, LaFazia & Gnys, Inc., Lincoln C. Almond,* for defendant.

January 31, 1980.

M. P. No. 80-7. Ashton Fire District *v.* Local 2725, I.A.F.F., AFL-CIO. The petition for writ of certiorari is granted.

Mr. Justice Doris did not participate. *Francis R. Foley,* for petitioner, *Hogan & Hogan, Edward T. Hogan, Thomas S. Hogan,* for respondent.

M. P. No. 79-435. Dennis Wilmot *v.* John Brown, Warden. The petition for writ of habeas corpus is denied.

Mr. Justice Doris did not participate. *Dennis J. Roberts II,* Attorney General, *Faith A. LaSalle,* Special Assistant Attorney General, for plaintiff-respondent, *Dennis Wilmot,* pro se, for defendant-petitioner.

M. P. No. 79-505. Evelyn Pandozzi *et al. v.* The Providence Lodge No. 14 of The Benevolent and Protective Order of Elks. The petition for writ of certiorari is denied.

Mr. Justice Doris and Mrs. Justice Murray did not participate. *Letts, Quinn & Licht, Frank N. Ray, Daniel J. Murray, Dianne Curran,* for plaintiffs-respondents, *Carroll, Kelly & Murphy, John R. Mahoney,* for defendant-petitioner.

M. P. No. 79-521. Muriel Lagotte *et al. v.* Meranna Christian *et al.* The petition for writ of certiorari is denied. The respondents' request for attorney's fee is denied.

Mr. Justice Doris and Mrs. Justice Murray did not participate. *Zimmerman, Roszkowski & Brenner, Richard E. Kyte, Jr.,* for plaintiffs-respondents, *Laurent C. Bilodeau,* for defendants-petitioners.

M. P. No. 80-34. In the Matter of Deborah A. The